## GENERAL COURT, OCTOBER TERM, 1799.

### WILLIAMS vs. CREEMER.

ERROR to Washington county court. The defendant in the court below, (the now plaintiff in error,) on the 9th of September 1793, executed to the plaintiff a *sealed*

*(a) Duvall,* J concurring.

*(b)* This point again decided in the case of *Hammond vs. Norris,* May 1802.

note, whereby he promised to pay him the sum of 22l. 10s. 0d. on the 1st of January then next, and if not then paid he was to pay 25l. Upon this sealed note an action of *debt* was brought to recover the sum of 22l 10s. 0d. mentioned in the note. The defendant pleaded *payment at the day*, and *nil debet*. The plaintiff demurred to the first plea; and the county court ruled the demurrer good, and gave judgment for the plaintiff for the said sum of 22l. 10s. 0d. current money debt, 2l. 12s. 10d. current money damages, and 462 lbs. of tobacco, costs. To reverse which judgment the present writ of error was brought.

THE GENERAL COURT *reversed* the judgment of the County Court.

*Mason* and *Shaaff*, for the plaintiff in error,